RECEIVED
IN ALEXANDRIA
SEP 2 8 2009
TONY R. MOORE, CLERK
BY____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DONALD R. THOMPSON<br>LA. DOC # 98409<br>VS. | CIVIL ACTION 09-0739<br>SECTION P<br>JUDGE DRELL |
| WARDEN JIMMY SHIVERS | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITH PREJUDICE** because petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 27th day of September, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE